

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

**DEBRA K. AASMUNDSTAD**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

**FILED**
MAR 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 22, 2006

Nandor J. Vadas
United States Magistrate Judge

Re:   Evan Liang
      Docket No.:  CR CR 05-00458-01 NJV
      TRAVEL REQUEST

Your Honor:

On November 18, 2005, the offender was sentenced by Your Honor to three years probation for a violation of the following: Count One: Knowingly Transfer of a Stolen Authentication Feature, 18 U.S.C. § 1028(a)(2), a Class A misdemeanor. The following special conditions of supervision were ordered: Special Assessment $25.00; fine $1,000.00. Supervision commenced on November 18, 2005.

Mr. Liang has been cooperative with supervision and has presented no problems or issues. He has maintained full employment and is making regular payments on his fine. He currently has a balance of $700.00. He is requesting permission to travel to Hong Kong and Ganzhou, Republic of China to visit with family. He hopes to travel from April 22 to May 13, 2006. The Assistant U.S. Attorney has been informed and has no objection.

The undersigned recommends that travel be approved.

Respectfully submitted,

Paul J. Renois
U.S. Probation Officer

Reviewed by:

Sheila John
Supervisory U.S. Probation Officer

NDC-SUPV-049 11/14/05

Evan Liang     Page 2
CR 05-00458-01 NJV

---

Travel is:
☒ Approved
☐ Denied

_____3/27/06_____      _____[signature]_____
Date     Nandor J. Vadas
United States Magistrate Judge