IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|           Plaintiff, ) | No. CR 05-0458 SI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| EVAN LIANG, ) | |
|           Defendant. ) | |

The Court, having sentenced Evan Liang in the above-captioned case on November 18, 2005, hereby orders that Mr. Liang secured bond be exonerated and his passport returned to him.

**IT IS SO ORDERED**.

DATED: 4/13/06

                                                     SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE

- 1 -