# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Eureka Venue

## Request for Early Termination of Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Evan Liang | Docket No.: | CR 05-00458-01 NJV |

Name of Sentencing Judge:  Nandor J. Vadas
United States Magistrate Judge

Date of Original Sentence:  November 18, 2005

Original Offense:
Count One: Knowingly Transfer of a Stolen Authentication Feature, 18 U.S.C. § 1028(a)(2), a Class A misdemeanor

Original Sentence: three years probation
Special Conditions: Special assessment $25; fine $1,000

Type of Supervision: Magistrate Probation    Date Supervision Commenced: November 18, 2005
Assistant U.S. Attorney: Susan Jerich           Defense Counsel: Ron Tyler (AFPD)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

Mr. Liang has been cooperative with supervision since his last court appearance. He has maintained a stable residence and full time employment. He paid his fine in a timely manner. There have been no problems or issues with his supervision. Further supervision would not benefit him nor would it give further protection to the community.

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:    1551 Southgate Avenue, #254
Daly City, CA 94015

Evan Liang                                                                                              Page 2
CR 05-00458-01 NJV

Respectfully submitted,                              Reviewed by:

_____                          _____
Paul J. Renois                                       Robert E. Tenney
U.S. Probation Officer                               Supervisory U.S. Probation Officer

Date Signed: October 24, 2006

═══════════════════════════════════════════════════════════════════════════════

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

10/31/06                                             _____
_____                          ~~Nandor J. Vadas~~  EDWARD M. CHEN
Date                                                 United States Magistrate Judge

NDC-SUPV-FORM 12B(2) 01/13/06